## CERTIFICATION

I, Steven S. Stockstill, as Executive Director of the Firefighters' Retirement System, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification. I have reviewed a complaint prepared against Massey Energy Company ("Massey") alleging violations of the federal securities laws and I authorized the filing of this complaint;

2. The Firefighters' Retirement System did not purchase securities of Massey at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. The Firefighters' Retirement System is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. The Firefighters' Retirement System has transactions in the securities of Massey during the class period as reflected in Exhibit A hereto;

5. The Firefighters' Retirement System has not sought to serve as lead plaintiff in any class action under the federal securities laws during the last three years;

6. Beyond its pro rata share of any recovery, the Firefighters' Retirement System will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: May 26, 2010

Steven S. Stockstill,
FRS Executive Director

# EXHIBIT A

## TRANSACTIONS IN
## MASSEY ENERGY COMPANY

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 03/20/08 | 160.00 | $32.82 | ($5,251.26) |
| Purchase | 03/20/08 | 620.00 | $32.84 | ($20,358.32) |
| Purchase | 03/20/08 | 160.00 | $32.85 | ($5,255.65) |
| Purchase | 03/20/08 | 480.00 | $32.86 | ($15,771.41) |
| Purchase | 03/20/08 | 1,120.00 | $33.11 | ($37,088.24) |
| Purchase | 03/24/08 | 140.00 | $35.67 | ($4,993.76) |
| Purchase | 03/24/08 | 150.00 | $35.83 | ($5,375.04) |
| Purchase | 04/11/08 | 220.00 | $46.65 | ($10,263.51) |
| Purchase | 04/11/08 | 130.00 | $46.66 | ($6,065.88) |
| Purchase | 04/11/08 | 110.00 | $46.67 | ($5,133.50) |
| Purchase | 04/11/08 | 110.00 | $46.68 | ($5,134.34) |
| Purchase | 04/18/08 | 110.00 | $52.03 | ($5,723.47) |
| Purchase | 04/21/08 | 100.00 | $54.45 | ($5,445.28) |
| Purchase | 04/22/08 | 200.00 | $53.96 | ($10,791.48) |
| Purchase | 04/22/08 | 100.00 | $53.96 | ($5,396.11) |
| Purchase | 04/22/08 | 200.00 | $53.97 | ($10,794.20) |
| Purchase | 04/22/08 | 100.00 | $54.02 | ($5,401.86) |
| Purchase | 04/23/08 | 300.00 | $52.26 | ($15,678.24) |
| Purchase | 04/24/08 | 400.00 | $50.84 | ($20,336.16) |
| Purchase | 04/28/08 | 1,020.00 | $54.72 | ($55,819.19) |
| Purchase | 04/29/08 | 600.00 | $51.97 | ($31,182.90) |
| Purchase | 05/05/08 | 200.00 | $56.85 | ($11,370.34) |
| Sale | 07/22/08 | -1,300.00 | $68.01 | $88,408.58 |
| Sale | 07/23/08 | -250.00 | $66.22 | $16,554.98 |
| Sale | 07/28/08 | -480.00 | $70.43 | $33,807.89 |
| Sale | 10/20/08 | -910.00 | $25.77 | $23,450.52 |
| Sale | 04/09/09 | -470.00 | $12.50 | $5,875.19 |
| Sale | 04/13/09 | -930.00 | $12.94 | $12,034.57 |
| Sale | 05/06/09 | -240.00 | $22.89 | $5,493.67 |
| Sale | 05/08/09 | -1,930.00 | $21.78 | $42,032.89 |
| Sale | 05/14/09 | -220.00 | $19.06 | $4,192.80 |
| Purchase | 01/11/10 | 18,200.00 | $48.25 | ($878,064.46) |
| Sale | 03/18/10 | -960.00 | $52.03 | $49,946.69 |
| Sale | 04/08/10 | -17,240.00 | $45.71 | $788,024.88 |