# EXHIBIT A

**CERTIFICATION OF RICHARD NOELKE ON BEHALF OF
WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM**

I, Richard Noelke, certify on behalf of Wayne County Employees' Retirement System ("Wayne County"), that:

1. I am the Acting Director of Retirement for Wayne County. I have reviewed the complaint regarding Massey Energy Company filed in the action, *Macomb County Employees' Retirement System, et al. v. Massey Energy Company, et al.*, Case 5:10-cv-0689 (S.D. W. Va.), and authorized the filing of a lead plaintiff motion.

2. Wayne County did not purchase any security that is the subject of this action at the direction of its counsel or in order to participate in this private action.

3. Wayne County is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. The transactions of Wayne County in the securities that are the subject of this action during the class period are as follows:

    See Attachment A.

5. During the three years prior to the date of this Certification, Wayne County has sought to serve or has served as a representative party for a class in the following actions filed under the federal securities laws:

    See Attachment B.

6. Wayne County will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses directly related to the representation of the class as ordered or approved by the Court.

6. Wayne County will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses directly related to the representation of the class as ordered or approved by the Court.

7. As Acting Director of Retirement for Wayne County, I have the authority to execute this Certification on its behalf.

I, Richard Noelke, declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of June, 2010.

*(signature)*

Richard Noelke
Acting Director of Retirement
*Wayne County Employees'*
*Retirement System*

# ATTACHMENT A

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | **DATE** | **SHARES** | **PRICE** |
| 4/15/08 | 5,750 | $49.402 | 5/7/08 | 800 | $57.998 |
| 7/11/08 | 50 | $80.483 | 6/25/08 | 1,650 | $85.455 |
| 8/7/08 | 200 | $61.50 | 9/19/08 | 50 | $42.092 |
| 8/15/08 | 50 | $59.077 | 6/26/09 | 1,900 | $19.464 |
| 1/12/10 | 18,500 | $47.528 | 7/20/09 | 700 | $22.255 |
| | | | 9/10/09 | 100 | $29.619 |
| | | | 10/6/09 | 850 | $29.394 |
| | | | 3/24/10 | 1,200 | $52.574 |
| | | | 4/8/10 | 17,300 | $45.898 |

## ATTACHMENT B

1) *Wayne County Employees' Retirement System v. MGIC Investment Corp.,* 08-cv-12080 (E.D. Mich.):  Wayne County sought to serve as Lead Plaintiff upon application made July 15, 2008, but was not appointed.