# EXHIBIT B

PRESS RELEASE

April 29, 2010, 3:29 p.m. EDT · Recommend · Post:

## Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Massey Energy Company



Robbins Geller
Rudman & Dowd LLP

SAN DIEGO, Apr 29, 2010 (BUSINESS WIRE) -- Robbins Geller Rudman & Dowd LLP ("Robbins Geller") (http://www.rgrdlaw.com/cases/massey/) today announced that a class action has been commenced on behalf of an institutional investor in the United States District Court for the Southern District of West Virginia on behalf of purchasers of Massey Energy Company ("Massey") (MEE **30.98**, -0.74, -2.33%) publicly traded securities during the period between October 28, 2009 and April 21, 2010, inclusive (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Robbins Geller at 800-449-4900 or 619-231-1058, or via e-mail at djr@rgrdlaw.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.rgrdlaw.com/cases/massey/. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Massey and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Massey produces, processes, and sells bituminous coal extracted from 56 mines in West Virginia, Kentucky and Virginia, and claims to be the largest coal company in Central Appalachia.

The complaint alleges that prior to and during the Class Period, Massey claimed to be one of the safest mine operators in the industry, regularly touting its safety achievements and telling investors that safety was its number one priority. In fact, safety at Massey's mines was repeatedly sacrificed so that aggressive production goals could be met, and Massey had received numerous undisclosed citations arising from serious uncorrected safety and other regulatory violations. Then, on April 5, 2010, an explosion at the Upper Big Branch mine near

Montcoal, West Virginia, revealed the falsity of Massey's repeated representations about the safety of its mining operations when twenty-nine miners lost their lives in the deadliest U.S. mine accident in nearly 40 years. In the days following the tragedy, hundreds of incidents of uncorrected safety violations at Massey's operations came to light. The price of Massey common stock plunged following the explosion and subsequent revelations regarding Massey's safety violations. On April 21, 2010, eight Massey mines were the target of surprise inspections by federal mine safety officials. Then, after the market closed, Massey announced its first quarter earnings and told investors that it would take up to $150 million in charges in the second quarter to account for the potential costs and liabilities associated with the Upper Big Branch tragedy. On these events, and despite the fact that the Company's first quarter earnings had purportedly beat the Street by $0.11 per share, Massey's stock fell to as low as $41.30 per share on April 22, 2010 before closing at $42.93 per share.

Plaintiff seeks to recover damages on behalf of all purchasers of Massey publicly traded securities during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Robbins Geller, a 180-lawyer firm with offices in San Diego, San Francisco, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Robbins Geller Web site (http://www.rgrdlaw.com) has more information about the firm.

SOURCE: Robbins Geller Rudman & Dowd LLP

Robbins Geller Rudman & Dowd LLP
Darren Robbins, 800-449-4900 or 619-231-1058
djr@rgrdlaw.com

Copyright Business Wire 2010