# EXHIBIT C

## Wayne County Employees' Retirement System
## Summary Chart

|  | PURCHASES | | | SALES | | |
|---|---|---|---|---|---|---|
|  | DATE | SHARES | TOTAL[1] | DATE | SHARES | TOTAL[2] |
|  | 4/15/08 | 5,750 | $284,064.00 | 5/7/08 | 800 | $46,398.00 |
|  | 7/11/08 | 50 | $4,024.00 | 6/25/08 | 1,650 | $141,001.00 |
|  | 8/7/08 | 200 | $12,300.00 | 9/19/08 | 50 | $2,105.00 |
|  | 8/15/08 | 50 | $2,954.00 | 6/26/09 | 1,900 | $36,942.00 |
|  | 1/12/10 | 18,500 | $879,274.00 | 7/20/09 | 700 | $15,579.00 |
|  |  |  |  | 9/10/09 | 100 | $2,962.00 |
|  |  |  |  | 10/6/09 | 850 | $24,985.00 |
|  |  |  |  | 3/24/10 | 1,200 | $63,090.00 |
|  |  |  |  | 4/8/10 | 17,300 | $794,035.00 |
| TOTALS |  | 24,550 | $1,182,616.00 |  | 24,550 | $1,127,097.00 |

**Holdings = 0 shares**
**Estimated Financial Interest = $55,519.00**

---

[1] Rounded due to fractions.
[2] Rounded due to fractions.