# EXHIBIT E

# BRADLEY J. PYLES

| | |
|---|---|
| **Pyles & Turner, LLP** | **Telephone: (304) 752-6000** |
| **408 Main Street** | **Facsimile: (304) 756-3123** |
| **P. O. Box 596** | **brad.pyles@cphtlogan.com** |
| **Logan, WV 25601** | **West Virginia Bar # 2998** |

_____

### EDUCATION

| | |
|---|---|
| 1970-1973 | West Virginia University College of Law |
| | Morgantown, West Virginia |
| | J. D.,  May 1973 |
| | |
| 1966-1970 | West Virginia University |
| | Morgantown, West Virginia |
| | B.A. Political Science, May 1970 |

### LEGAL EXPERIENCE

| | |
|---|---|
| May 1973-December 1975 | North Central West Virginia Legal Aid Society |
| | Fairmont, West Virginia |
| | |
| January1976-Date | Partner in the law firm Pyles & Turner, LLP |
| | Logan, West Virginia,   under several previous name |

                                              Crandall, Pyles & Crandall
                                              Crandall & Pyles
                                              Crandall, Pyles, Haviland & Turner
                                              Crandall, Pyles, Haviland, Turner & Twyman
                                              Pyles, Haviland & Turner
                                              Pyles, Haviland, Turner & Smith
                                              Pyles, Haviland, Turner & Mick
                                              Pyles, Turner & Mick

                                              The firm has concentrated in Union-side labor law, employee benefits, workers'compensation, and personal injury firm, representing the United Mine Workers, West Virginia Education Association, United Steel Workers, United Food & Commercial Workers and other unions.

**BAR ADMISSIONS**

Member in good standing of the bar of the State of West Virginia.

Admitted to practice in the following jurisdictions:

West Virginia Supreme Court of Appeals (May 22, 1973)
United States Supreme Court (March 7, 1988)
U. S. Court of Appeals, 3rd Circuit (November 24, 1989)
U. S. Court of Appeals, 4th Circuit (December 3, 1984)
U. S. Court of Appeals, 6th Circuit (May 31, 1985)
U. S. Court of Appeals, 7th Circuit (June, 2006)
U. S. Court of Appeals, 10th Circuit (September 24, 2001)
U. S. District Court, N. D. W. Va. (May 22, 1973)
U. S. District Court, S. D. W. Va. (May 22, 1973)
U. S. District Court for the District of Colorado (October 5, 1998).

**BAR ASSOCIATIONS**

West Virginia State Bar
American Association for Justice
West Virginia Association for Justice
West Virginia Employment Lawyers Association
Lawyers' Coordinating Committee (AFL-CIO)