IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

FIREFIGHTERS' RETIREMENT SYSTEM
OF LOUISIANA,

          Plaintiff,

v.                                        CIVIL ACTION NO.  5:10-cv-00776

MASSEY ENERGY COMPANY, et al.,

          Defendants.

**ORDER**

The Court has reviewed the Movant's Motion For Withdrawal of Motion of The MEE Investor Group to Consolidate Related Actions; To Be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel (Document No. 24).  Upon consideration of the motion and for good cause shown, the Court does hereby **ORDER** that the Movant's Motion For Withdrawal of Motion of The MEE Investor Group to Consolidate Related Actions; To Be Appointed Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel (Document No. 24) be **GRANTED**.  Further the Court **ORDERS** the Motion of The MEE Investor Group to Consolidate Related Actions; To Be Appointed

Lead Plaintiff; and to Approve Proposed Lead Plaintiff's Choice of Counsel (Document No. 14) be

**DENIED AS MOOT**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: July 16, 2010

_____
IRENE C. BERGER, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA