## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2010, I electronically filed the Commonwealth of Massachusetts Pension Reserves Investment Trust's Response to David Wagner's Motion to Strike Improper New Arguments in Reply Brief, or, in the Alternative, for Leave to File Surreply with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

- **Jonathan L. Anderson**
  jlanderson@jacksonkelly.com

- **Eric J. Belfi**
  ebelfi@labaton.com

- **John F. Dascoli**
  johnfdascoli@hotmail.com,
  pamdc519@aol.com

- **Alan I. Ellman**
  aellman@labaton.com

- **Samuel D. Elswick**
  selswick@jfhumphreys.com

- **A. L. Emch**
  aemch@jacksonkelly.com,
  sra@jacksonkelly.com,
  jcrawford@jacksonkelly.com

- **Thomas V. Flaherty**
  tflaherty@fsblaw.com,
  cmontague@fsblaw.com

- **Troy N. Giatras**
  troy@thewvlawfirm.com,
  pam@thewvlawfirm.com

- **Tammy R. Harvey**
  tharvey@fsblaw.com,
  cmontague@fsblaw.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com

- **Christopher J. Keller**
  ckeller@labaton.com

- **James A. McKowen**
  jmckowen@jfhumphreys.com,
  dhoffman@jfhumphreys.com,
  dmilhoan@jfhumphreys.com,
  cs1jam@aol.com

- **Bradley J. Pyles**
  brad.pyles@cphtlogan.com,
  bjpyles@suddenlink.net

- **Darren J. Robbins**
  e_file_d@csgrr.com

- **Ronald S. Rolfe**
  rrolfe@cravath.com, jsneider@cravath.com,
  managing_attorneys_office@cravath.com,
  sthompson@cravath.com

- **Stefanie J. Sundel**
  ssundel@labaton.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com

I also hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

**Michael J. Vanoverbeke**
**Thomas C. Michaud**
VANOVERBEKE MICHAUD &
    TIMMONY
79 Alfred Street
Detroit, MI 48201

**Stephen L. Brodsky**
**Richard A. Speirs**
ZWERLING SCHACHTER &
    ZWERLING
41 Madison Avenue, 32nd Floor
New York, NY 10010

**David A.P. Brower**
**Charles J. Piven**
BROWER PIVEN
488 Madison Avenue, Eighth Floor
New York, NY 10022

**Laurie L. Largent**
ROBBINS GELLER RUDMAN &
    DOWD
100 Pine Street, Suite 2600
San Francisco, CA 94111

**David C. Walton**
**Tricia L. McCormick**
ROBBINS GELLER RUDMAN &
    DOWD
655 West Broadway, Suite 1900
San Diego, CA 92101

**J. Burton LeBlanc**
**Mazin Sbaiti**
BARON & BUDD
312 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

**Julie A. North**
CRAVATH SWAINE & MOORE
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Dated: July 29, 2010

_/s/ Samuel D. Elswick_

Samuel D. Elswick, Bar ID # 9271
**JAMES F. HUMPHREYS &**
    **ASSOCIATES L.C.**
United Center, Suite 800
500 Virginia Street, East
Charleston, West Virginia  25301
Telephone: (304) 347-5050
Facsimile: (304) 347-5055
selswick@jfhumphreys.com