UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

| | |
|---|---|
| MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MASSEY ENERGY COMPANY, et al., <br><br> Defendants. | No. 5:10-cv-00689-ICB <br><br> CLASS ACTION <br><br> The Honorable Irene C. Berger |
| FIREFIGHTERS' RETIREMENT SYSTEM OF LOUISIANA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MASSEY ENERGY COMPANY, et al., <br><br> Defendants. | No. 5:10-cv-00776-ICB <br><br> CLASS ACTION <br><br> The Honorable Irene C. Berger |

REPLY BRIEF IN FURTHER SUPPORT OF DAVID WAGNER'S MOTION TO STRIKE OR
IN THE ALTERNATIVE FOR LEAVE TO FILE A SURREPLY

574102_1

Wagner respectfully submits this *brief* reply in support of his motion to strike improper new arguments, or in the alternative for leave to file the surreply attached hereto as Exhibit 1.[1]  Further demonstrating the need to strike the Reply Memorandum of Law in Further Support of the Motion of the Commonwealth of Massachusetts Pension Reserves Investment Trust for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel ("PRIM Reply") (Docket #36), the Commonwealth of Massachusetts Pension Reserves Investment Trust ("PRIM"), has filed yet another lengthy brief attempting to oppose (and stipulate in part to) Wagner's motion, in which PRIM attempts to again improperly assert its same belated arguments from its Reply, and yet still more new arguments.  PRIM's reliance on numerous cases that stand for the proposition that the Court can revisit its lead plaintiff decision at any stage of the litigation does nothing to correct PRIM's admittedly improper new and belated arguments in its Reply.  Contrary to what PRIM may believe, its belated arguments are not identical to the Court revisiting its own lead plaintiff decision. *Nothing* in the decisions relied upon by PRIM gives a *movant* unlimited time to oppose a competing movant.

PRIM's belated arguments to Wagner's motion in PRIM's Reply is a blatant attempt to circumvent the Local Rules of this Court which give a party 14 days to oppose a motion.  PRIM did not file its arguments timely in the opposition brief it filed on July 15, 2010.  There is absolutely no reason whatsoever that PRIM could not have made its arguments in that brief.  It did not, and its arguments should be stricken.  In addition, *nothing* in the PSLRA can be construed to allow a party to disregard the local rules of a court which designate the proper time for opposition, or whose law specifically frowns upon raising new arguments in a reply memorandum.

---

[1]   Also, attached as Exhibit 2 is the Declaration of John F. Dascoli in Support of Surreply Memorandum in Further Support of David Wagner's Motion for Appointment as Lead Plaintiff.

- 1 -

574102_1

- 2 -

PRIM actually admits that it disregarded the rules of this Court when it made its belated argument against Wagner in its Reply. It concedes that if its improper arguments are not stricken, then Wagner should be granted leave to file the surreply concerning PRIM's improper arguments. This attempted stipulation is all the more reason to strike PRIM's arguments. PRIM believes that it can ignore established legal principles and rules of the Court.

Although PRIM stipulates to allowing Wagner to address PRIM's improper arguments in one section of its Reply, the entirety of Wagner's surreply should be considered. PRIM's Reply raises for the very first time ever in this case what PRIM hopes the Court will view as a new partial disclosure, despite the fact that the disclosure in October 2009 was not alleged in either complaint and was not mentioned in PRIM's statement of facts in support of its own lead plaintiff motion. Thus, the new "partial disclosure" is a proper issue for Wagner to address in his surreply, if it is not stricken altogether.

Finally, Wagner's surreply addresses PRIM's accusations that Wagner and his counsel have abandoned the longer class period, and thus, a portion of the class. Wagner's surreply based upon this section of PRIM's brief is necessary as it demonstrates not only how PRIM has misconstrued the nature of Wagner's arguments, but also demonstrates that Wagner's arguments are authorized by the PSLRA. PRIM's attacks against Wagner and its counsel should not be left unaddressed.

Wagner respectfully requests that the Court strike PRIM's improperly raised arguments, some of which it actually *admits* are improper. In the alternative, Wagner requests that the Court consider the attached surreply to respond to the new issues raised for the first time in PRIM's Reply.

DATED:  August 2, 2010          JOHN F. DASCOLI, PLLC
                                JOHN F. DASCOLI (SBID #6303)


                                    s/ JOHN F. DASCOLI
                                    JOHN F. DASCOLI

- 2 -

- 3 -

        2442 Kanawha Boulevard, East
        Charleston, WV  25311
        Telephone: 340/720-8684
        304/342-3651 (fax)

        [Proposed] Liaison Counsel

        ROBBINS GELLER RUDMAN & DOWD LLP
        DARREN J. ROBBINS
        TRICIA L. MCCORMICK
        LAURIE L. LARGENT
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)

        ROBBINS GELLER RUDMAN & DOWD LLP
        DENNIS J. HERMAN
        CHRISTOPHER M. WOOD
        100 Pine Street, Suite 2600
        San Francisco, CA  94111
        Telephone:  415/288-4545
        415/288-4534 (fax)

        [Proposed] Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice Lists, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists, and to:

Burton LeBlanc
Mazin Sbaiti
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-4281

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 2, 2010.

          s/ JOHN F. DASCOLI
          JOHN F. DASCOLI (SBID #6303)

          JOHN F. DASCOLI, PLLC
          2442 Kanawha Boulevard, East
          Charleston, WV  25311
          Telephone: 340/720-8684
          304/342-3651 (fax)

          E-mail:  johnfdascoli@hotmail.com

574102_1

# Mailing Information for a Case 5:10-cv-00689

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jonathan L. Anderson**
  jlanderson@jacksonkelly.com

- **Eric J. Belfi**
  ebelfi@labaton.com

- **John F. Dascoli**
  johnfdascoli@hotmail.com,Pamdc519@aol.com

- **Alan I. Ellman**
  aellman@labaton.com

- **Samuel D. Elswick**
  selswick@jfhumphreys.com

- **A. L. Emch**
  aemch@jacksonkelly.com,sra@jacksonkelly.com,jcrawford@jacksonkelly.com

- **Thomas V. Flaherty**
  tflaherty@fsblaw.com,cmontague@fsblaw.com

- **Troy N. Giatras**
  troy@thewvlawfirm.com,pam@thewvlawfirm.com

- **Tammy R. Harvey**
  tharvey@fsblaw.com,cmontague@fsblaw.com

- **Dennis J. Herman**
  DennisH@rgrdlaw.com

- **Christopher J. Keller**
  ckeller@labaton.com

- **James A. McKowen**
  Jmckowen@jfhumphreys.com,Dhoffman@jfhumphreys.com,Dmilhoan@jfhumphreys.com,Cs1jam@aol.com

- **Bradley J. Pyles**
  brad.pyles@cphtlogan.com,bjpyles@suddenlink.net

- **Darren J. Robbins**
  e_file_d@csgrr.com

- **Ronald S. Rolfe**
  rrolfe@cravath.com,jsneider@cravath.com,managing_attorneys_office@cravath.com,sthompson@cravath.com

- **Stefanie J. Sundel**
  ssundel@labaton.com

- **Christopher M. Wood**
  CWood@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Stephen L. Brodsky**
ZWERLING SCHACHTER & ZWERLING
32nd Floor
41 Madison Avenue
New York, NY 10010

**David A.P. Brower**
BROWER PIVEN
488 Madison Avenue, Eighth Floor
New York, NY 10022

**Laurie L. Largent**
ROBBINS GELLER RUDMAN & DOWD
Suite 2600
100 Pine Street
San Francisco, CA 94111

**Tricia L. McCormick**
ROBBINS GELLER RUDMAN & DOWD
Suite 1900
655 West Broadway
San Diego, CA 92101

**Thomas C. Michaud**
VANOVERBEKE MICHAUD & TIMMONY
79 Alfred Street
Detroit, MI 48201

**Julie A. North**
CRAVATH SWAINE & MOORE
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**Charles J. Piven**
BROWER PIVEN
1925 Old Valley Road
Stevenson, MD 21153

**Robert Schachter**
ZWERLING SCHACHTER & ZWERLING
32nd Floor
41 Madison Avenue
New York, NY 10010

**Richard A. Speirs**
ZWERLING SCHACHTER & ZWERLING
32nd Floor
41 Madison Avenue
New York, NY 10010

**Michael J. Vanoverbeke**
VANOVERBEKE MICHAUD & TIMMONY
79 Alfred Street
Detroit, MI 48201

**David C. Walton**
ROBBINS GELLER RUDMAN & DOWD
Suite 1900
655 West Broadway
San Diego, CA 92101