UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

| | |
|---|---|
| MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>MASSEY ENERGY COMPANY, DON L. BLANKENSHIP, BAXTER F. PHILLIPS, JR., ERIC B. TOLBERT, RICHARD M. GABRYS, LADY BARBARA THOMAS JUDGE, DAN R. MOORE, JAMES B. CRAWFORD, ROBERT H. FOGLESONG and STANLEY C. SUBOLESKI,<br><br>    Defendants. | No. 5:10-cv-00689<br><br>Hon. Irene C. Berger |
| FIREFIGHTERS' RETIREMENT SYSTEM OF LOUISIANA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>MASSEY ENERGY COMPANY, DON L. BLANKENSHIP, BAXTER F. PHILLIPS, JR., ERIC B. TOLBERT, DAN R. MOORE, E. GORDON GEE, RICHARD M. GABRYS, JAMES B. CRAWFORD, ROBERT H. FOGLESONG, STANLEY C. SUBOLESKI, LADY BARBARA THOMAS JUDGE, and J. CHIRSTOPHER ADKINS,<br><br>    Defendants. | No. 5:10-cv-00776<br>Hon. Irene C. Berger |

**ORDER GRANTING MOTION OF RICHARD SPEIRS
TO WITHDRAW AS COUNSEL**

Before the Court is the Motion of Richard Speirs to withdraw as counsel for the

Intervenor Wayne County Employees Retirement System in this matter.  It appearing to the

Court that the Intervenor Wayne County Employees Retirement system continues to be represented by other counsel of Mr. Speirs' firm and local counsel Bradley J. Pyles, and that no harm would be caused by the withdrawal of Mr. Speirs, the motion to withdraw is hereby **GRANTED.**

ENTER: December 28, 2010

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA