UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

FILED
JAN 10
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) No. 5:10-cv-00689 |
| vs. | ) Hon. Irene C. Berger |
| MASSEY ENERGY COMPANY, DON L. BLANKENSHIP, BAXTER F. PHILLIPS, JR., ERIC B. TOLBERT, RICHARD M. GABRYS, LADY BARBARA THOMAS JUDGE, DAN R. MOORE, JAMES B. CRAWFORD, ROBERT H. FOGLESONG and STANLEY C. SUBOLESKI, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

| | |
|---|---|
| FIREFIGHTERS' RETIREMENT SYSTEM OF LOUISIANA, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) No. 5:10-cv-00776 ✓ |
| v. | ) Hon. Irene C. Berger |
| MASSEY ENERGY COMPANY, DON L. BLANKENSHIP, BAXTER F. PHILLIPS, JR., ERIC B. TOLBERT, DAN R. MOORE, E. GORDON GEE, RICHARD M. GABRYS, JAMES B. CRAWFORD, ROBERT H. FOGLESONG, STANLEY C. SUBOLESKI, LADY BARBARA THOMAS JUDGE, and J. CHIRSTOPHER ADKINS, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM'S NOTICE OF SUPPORT FOR THE APPOINTMENT OF THE COMMONWEALTH OF MASSACHUSETTS PENSION RESERVES INVESTMENT TRUST AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that, based upon the parties' respective submissions to this Court, Wayne County Employees' Retirement System ("Wayne County") acknowledges that the Commonwealth of Massachusetts Pension Reserves Investment Trust ("Massachusetts") possesses the largest financial interest in the above captioned actions (the "Actions"). Accordingly, Wayne Country supports the motion of Massachusetts for its appointment as Lead Plaintiff in the Actions and for approval of its selection of counsel. Wayne County remains willing and able to serve in any appropriate capacity on behalf of the class.

Dated: July 15, 2010

Respectfully submitted,

By: _s/ Bradley J. Pyles_
**PYLES & TURNER, LLP**
408 Main Street
Logan, WV 25601 -3908
Telephone: (304) 752-6000
Facsimile: (304) 752-2050
brad.pyles@cphtlogan.com

**ZWERLING, SCHACHTER & ZWERLING, LLP**
Robert S. Schachter
Stephen L. Brodsky
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
rschachter@zsz.com
sbrodsky@zsz.com

Counsel for Wayne County Employees'
Retirement System

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.


s/ Bradley J. Pyles
Bradley J. Pyles, State Bar No. 2998
Pyles & Turner, LLP
P. O. Box 596
Logan, WV 25601
(304) 752-6000